# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANELL MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. DESHA,<br><br>　　　　Defendant. | Case No.  1:16-cv-01353-AWI-MJS  (PC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR SCREENING ORDER AND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(ECF No. 2)** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendant removed this action from state court and now requests that the Court screen Plaintiff's complaint in accordance with 28 U.S.C. § 1915A.  That request is HEREBY GRANTED.  The Court will screen Plaintiff's complaint in due course.

Defendant also asks that they not be required to answer or otherwise defend against this action until thirty days after the screening order is entered. Defendant's request is HEREBY GRANTED. Defendants shall answer or otherwise respond to Plaintiff's claims within thirty days of the Court's screening order if any claims are found to be cognizable.

IT IS SO ORDERED.

Dated:　November 1, 2016　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE