UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANELL MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. DESHA, et al.,<br><br>　　　　Defendants. | CASE No. 1:16-cv-1353-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR REMAND**<br><br>**(ECF Nos. 8, 12)** |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action was removed from the Madera County Superior Court on September 12, 2016, and was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

　　　　On December 8, 2016, the Magistrate Judge issued findings and recommendations to deny Plaintiff's motion for remand. (ECF No. 12.) No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations, filed December 8, 2016 (ECF No. 12), in full;
2. Plaintiff's motion for remand (ECF No. 8) is DENIED; and
3. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   February 8, 2017

SENIOR DISTRICT JUDGE