# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANELL MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. DESHA, et al.,<br><br>　　　　　Defendants. | CASE No. 1:16-cv-01353-AWI-MJS (PC)<br><br>**ORDER VACATING AND STRIKING PRIOR ORDER**<br><br>**(Doc. No. 19)** |

On April 12, 2017, an order was signed that adopted a Findings and Recommendation. The signing was due to administrative error. Under such circumstances, the appropriate course is to vacate the April 12 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 12, 2017 order adopting findings and recommendation is VACATED and STRICKEN; and

2. The January 23, 2017, findings and recommendation remain pending.

IT IS SO ORDERED.

Dated: __April 13, 2017__　　　　　　　　　__/s/__
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE